IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION CARR,

    Petitioner,                                     No. CIV S 06-1502 MCE EFB P

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

    Respondents.                  ORDER

/

        Petitioner is a state prisoner, without counsel, seeking a writ of habeas corpus. See 28 U.S.C. § 2254. On July 6, 2006, the court received this case on transfer from the United States District Court for the Northern District of California. On July 26, 2006, the court directed petitioner either to submit an application to proceed in forma pauperis or to pay the filing fee. On July 27, 2006, this court received the receipt showing petitioner paid the filing fee in the Northern District.

        Accordingly, IT IS HEREBY ORDERED that the July 26, 2006, order is vacated.

DATED: August 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\carr1502.vac order