IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION CARR,

    Petitioner,                                    No. CIV S-06-1502 MCE EFB P

    vs.

ARNOLD SCHWARZENEGGER, et. al.,

    Respondents.                          ORDER

/

On September 28, 2007, the assigned district judge dismissed this action on the ground that petitioner had failed to state a claim. Judgment was entered accordingly. On January 14, 2008, petitioner filed a motion for a certificate of appealability, which the district court denied on January 28, 2008. Petitioner filed a notice of appeal, and on July 30, 2010, the United States Court of Appeal for the Ninth Circuit denied his request for a certificate of appealability. On August 11, 2010, petitioner filed another motion for a certificate of appealability in this court.

The court will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure and his August 11 filing will be disregarded.

Dated: October 1, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE